1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11
12

DARREN PAGE, individually and on behalf
of all others similarly situated,

13

Plaintiff,

14

v.

15
16

GRAND HOME HOLDINGS INC. DBA
BARBEQUES GALORE; and DOES 1–10,
inclusive,

17

Defendants.

No. 13-cv-02754 NC

**ORDER TO MEET AND
CONFER AND SUBMIT JOINT
DISCOVERY PLAN**

Re: Dkt. Nos. 14, 15

18
19
20       On September 11, 2013, the parties attended a case management conference during

21   which the Court ordered the parties to meet and confer and submit a proposed discovery

22   plan.  *See* Dkt. No. 13.  Plaintiff submitted a proposed discovery plan on September 25,

23   2013.  Dkt. No. 14.  One day later, defendant filed a status report, asserting that the parties

24   have not met and conferred on plaintiff's proposed discovery plan and requesting an

25   additional 14 days to meet and confer and submit a joint discovery plan.  Dkt. No. 15.

26       By October 18, 2013, the parties must meet and confer and submit jointly a proposed

27   discovery plan with respect to the portions that have been agreed upon.  With respect to

28   any remaining areas of disagreement, the parties must file by the same date a joint letter

1    brief in compliance with this Court's standing order.

2         IT IS SO ORDERED.

3         Date: October 7, 2013

4                                          Nathanael M. Cousins
                                           United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 13-cv-02754 NC                    2
ORDER TO MEET AND CONFER AND
SUBMIT JOINT DISCOVERY PLAN