| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DARREN PAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAND HOME HOLDINGS INC. DBA BARBEQUES GALORE; and DOES 1–10, inclusive,<br><br>Defendants. | No. 13-cv-02754 NC<br><br>**ORDER TO MEET AND CONFER AND SUBMIT JOINT DISCOVERY PLAN**<br><br>Re: Dkt. Nos. 14, 15 |

On September 11, 2013, the parties attended a case management conference during which the Court ordered the parties to meet and confer and submit a proposed discovery plan. *See* Dkt. No. 13. Plaintiff submitted a proposed discovery plan on September 25, 2013. Dkt. No. 14. One day later, defendant filed a status report, asserting that the parties have not met and conferred on plaintiff's proposed discovery plan and requesting an additional 14 days to meet and confer and submit a joint discovery plan. Dkt. No. 15.

By October 18, 2013, the parties must meet and confer and submit jointly a proposed discovery plan with respect to the portions that have been agreed upon. With respect to any remaining areas of disagreement, the parties must file by the same date a joint letter

1  brief in compliance with this Court's standing order.

2      IT IS SO ORDERED.

3      Date: October 7, 2013

                                                  Nathanael M. Cousins
                                                  United States Magistrate Judge

Case No. 13-cv-02754 NC
ORDER TO MEET AND CONFER AND
SUBMIT JOINT DISCOVERY PLAN

2