ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Amber M. Solano          State Bar No. 216212
ASolano@aalrr.com
Kristen N. Silverman     State Bar No. 279842
KSilverman@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Defendant GRAND HOME HOLDINGS INC. dba BARBEQUES GALORE

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite 2
Mill Valley, California 94941
Telephone: 415.388.8788
Facsimile: 415.388.8770
dsh@northbaylawgroup.com

Abigail Treanor (SBN 228610)
JAURIGUE LAW GROUP
114 N. Brand Boulevard, Suite 200
Glendale, California 91203
Telephone: 818.630.7280
Facsimile: 888.879.1697
abigail@jauriguelaw.com

Attorneys for Plaintiff DARREN PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN PAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAND HOME HOLDINGS INC. dba BARBEQUES GALORE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.   CV 13 2754<br><br>**JOINT DISCOVERY PLAN** |

013214.00011
11646198.1

JOINT DISCOVERY PLAN  CV-13-2754

Plaintiff DARREN PAGE ("Plaintiff" or "Page") and Defendant GRAND HOME HOLDINGS INC. DBA BARBEQUES GALORE ("Defendant") (collectively the "Parties") submit this Joint Discovery Plan following the conference of counsel, which commenced on October 7, 2013, pursuant to the Court's Order to Meet and Confer and Submit a Joint Discovery Plan (Docket No. 16).

WHEREAS, on August 21, 2013, the Parties stipulated to engage in mediation through the Northern District's Alternative Dispute Resolution Program (Docket No. 7). On August 22, 2013, the Court entered an Order referring the case to mediation, which is to be completed on or before December 20, 2013 (Docket No. 8). On September 4, 2013, the Court appointed Andrew R. Wiener as the Mediator in this case (Docket No. 10). The Parties participated in a pre-mediation conference call with Mr. Wiener on October 8, 2013, and subsequently scheduled the mediation for December 9, 2013.

WHEREAS, the Parties will engage in limited discovery before the December 9, 2013 mediation in order to adequately evaluate the claims and engage in a meaningful and productive mediation. To this end, the Parties' proposed discovery plan is as follows:

A. The Parties exchanged Initial Disclosures on September 13, 2013.

B. On or before October 18, 2013:

1. Plaintiff will provide Defendant with copies of all documents in his possession related to the claims in this action.

2. Defendant will provide Plaintiff with the following information: (a) the number of putative class members; (b) the number of former putative class members; (c) the average hourly rate for

putative class members; and (d) the number of work weeks that putative class members worked during the class period.

C. On or before October 25, 2013, Plaintiff will serve Defendant with any request for a statistically-relevant sampling of information regarding the California and FLSA classes.

   1. On or before November 1, 2013, Defendant shall advise Plaintiff of any objections it has to the request(s) for statistically-relevant sampling and begin the meet and confer process. If the parties are unable to resolve any disputes after meeting and conferring, the Parties will submit a joint letter brief in compliance with the Court's standing order. To the extent that Defendant intends to comply with the requests, Defendant shall advise Plaintiff no later than November 1, 2013 of its intent to comply, and produce the requested information no later than November 20, 2013.

D. On or before November 8, 2013, Defendant shall produce copies of any handbooks or other written policies relating to the claims asserted by Plaintiff in the First Amended Complaint for the period of June 14, 2009 to the present.

E. Prior to the mediation, Plaintiff may take a deposition of the person(s) designated by Defendant who is most knowledgeable regarding the policies and practices related to the claims asserted in the First Amended Complaint. Similarly, Defendant reserves the right to take a one-day deposition of Plaintiff prior to Mediation. Any deposition conducted by the Parties shall be governed by Federal Rules of Civil Procedure, Rule 30, including the time period for providing notice of the deposition.

F.  To the extent there are any disputes regarding the appropriate scope of discovery prior to Mediation, the Parties shall meet and confer in good faith in order to resolve any issues without Court intervention. If the Parties are unable to informally resolve the dispute after meeting and conferring, the Parties shall submit a joint letter brief in compliance with the Court's standing order.

G.  If the Parties fail to settle this matter at the December 9, 2013 mediation, the Parties may commence discovery. It is Plaintiff's position that no limits should be placed on discovery. It is Defendant's position that discovery should be limited to class certification issues. .

Dated: October 17, 2013          ATKINSON, ANDELSON, LOYA, RUUD & ROMO

                                 By:  _____/s/_____
                                      Amber M. Solano
                                      Attorneys for Defendant GRAND
                                      HOME HOLDINGS INC. dba
                                      BARBEQUES GALORE

Dated:  October 17, 2013         JAURIGUE LAW GROUP

                                 By:  _____/s/_____
                                      Abigail A. Treanor
                                      Attorney for Plaintiff DARREN PAGE

**GRANTED**

*[Signature]*

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

- 4 -

JOINT DISCOVERY PLAN  CV-13-2754

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

013214.00011
11646198.1