1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

17                             UNITED STATES DISTRICT COURT

18                            NORTHERN DISTRICT OF CALIFORNIA

19

20  DARREN PAGE, individually and on behalf       Case No.      CV 13 2754
    of all others similarly situated,
21                                                **NOTICE OF SETTLEMENT; JOINT
                    Plaintiff,                    STIPULATION AND MODIFIED
22  v.                                            [PROPOSED] ORDER TO CONTINUE
                                                  CASE MANAGEMENT CONFERENCE
23  GRAND HOME HOLDINGS INC. dba                  AND SET DEADLINE FOR FILING
    BARBEQUES GALORE; and DOES 1 -10,             MOTION FOR PRELIMINARY
24  inclusive,                                    APPROVAL OF CLASS ACTION
                                                  SETTLEMENT**
25                  Defendants.

26
27
28

## STIPULATION

Plaintiff DARREN PAGE ("Plaintiff" or "Page") and Defendant GRAND HOME HOLDINGS INC. DBA BARBEQUES GALORE ("Defendant") (collectively the "Parties"), stipulate and agree as follows:

**WHEREAS**, on December 9, 2013, the Parties had a mediation session with Andrew R. Wiener at his mediation office in San Francisco, California, at which the Parties were able to enter into a settlement of the entire case;

**WHEREAS**, this case currently is scheduled for a Case Management Conference on February 5, 2014, at 10:00 a.m. ("the Case Management Conference");

**WHEREAS**, the Parties believe it would conserve judicial resources and promote efficiency to vacate the Case Management Conference in light of the resolution of this case;

**WHEREAS**, the Parties have agreed that Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Motion For Preliminary Approval") shall be filed on or before February 5, 2014, and shall be set for hearing on March 12, 2014, or as soon thereafter as is convenient for the Court;

**WHEREAS**, there is no trial date set for this case;

**IT IS HEREBY STIPULATED** by the Parties herein, through their counsel of record, as follows:

The Case Management Conference currently scheduled for February 5, 2014, shall be vacated and the Motion for Preliminary Approval shall be filed on or before February 5, 2014, and shall be set for hearing on March 12, 2014, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: January 29, 2014                ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
Amber M. Solano
Kristen N. Silverman
Attorneys for Defendant GRAND HOME
HOLDINGS INC. dba BARBEQUES
GALORE

Dated:  January 29, 2014

NORTH BAY LAW GROUP
JAURIGUE LAW GROUP

By: _____
David S. Harris
Abigail A. Zelenski
Attorneys for Plaintiff DARREN PAGE

**MODIFIED [PROPOSED] ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED AS MODIFIED that:

The Case Management Conference currently scheduled for February 5, 2014 is continued to March 12, 2014 at 1:00 p.m.

Plaintiff must file the Motion for Preliminary Approval on or before February 5, 2014.

The hearing on the Motion for Preliminary Approval will take place on March 12, 2014 at 1:00 p.m.

DATED:  January  31, 2014

_____
Honorable Nathanael M. Cousins
Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Nathanael M. Cousins

- 3 -